■ PATRICIA BRUZZANO, Appellant, v JIMMY R. OSORIO et al., Respondents. [609 NYS2d 856] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Colabella, J.), entered February 5, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Colabella at the Supreme Court. Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.